November 20, 2009

Ms. Susan Desmarais Bonnen
Office of the Attorney General of Texas
Post Office Box 12548
Austin, TX 78711-2548

Mr. Joe H. Staley Jr.
Law Offices of Joe H. Staley, Jr., PC
3100 Monticello Ave., Suite 850
Dallas, TX 75205
Ms. Sydney N. Floyd
4518 Belle Glade Dr.
Houston, TX 77018

RE: Case Number: 08-0061
 Court of Appeals Number: 05-06-00003-CV
 Trial Court Number: CC-00-02122-D

Style: THE STATE OF TEXAS
 v.
 CENTRAL EXPRESSWAY SIGN ASSOCIATES, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas denied the motion for rehearing in
the above-referenced cause. The Court's opinion of June 26, 2009 is
withdrawn and the opinion of this date is issued. The judgment, issued
June 26, 2009, remains in place. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice Guzman not sitting)

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
|cc:|Ms. Lisa Matz |
| |Mr. John Warren |
| |Mr. Craig Smyser|
| | |
| |Mr. J. Allen |
| |Smith |
| |Ms. Julia F. |
| |Pendery |